R. H. CARROLL CORPORATION, Respondent, v. MAX KELMAN, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARILLA L. BROWN and Others, Respondents, v. MEYERS & PFEIFER CORPORATION, Appellant.— Order entered upon stipulation, substituting Marilla L. Brown, as executrix of the last will and testament of George W. Brown, deceased, as party plaintiff and respondent in the place and stead of said George W. Brown. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PROGRESSIVE FOUNDRY WORKS, INCORPORATED, Respondent, v. JOSEPH AMDOURSKY, Appellant, and CITY OF ROCHESTER, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

A. C. WAGNER REALTY CORPORATION, Respondent, v. RESERVE FINANCE CORPORATION, Appellant.—Appeal dismissed, without costs upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARCH AUTOMATIC IRRIGATION COMPANY, Respondent, v. AARON BARTHOLOMEW and Another, Appellants.— Motion granted and appeal dismissed. Present Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JENNIE A. STAHLBERGER, Appellant, v. EDWARD E. POWERS, Respondent.— It being suggested on the record that the plaintiff has died, the action has abated and the appeal is dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

KITTIE B. SAWYER, Respondent, v. NICHOLAS MARMARO and Others, Appellants. —Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs by December fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LEON E. ANDREWS, Respondent, v. I. NICK GORDON, Appellant.—Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by December fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOSEPHINE MARKS, Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Appointment of Members of the Committees on Character and Fitness of Applicants for Admission to the Bar.— The following attorneys are appointed as additional members of the committees on character and fitness of applicants for admission to the bar, viz.: For the Fifth Judicial District: T. Aaron Levy, of Syracuse. For the Seventh Judicial District: James McCall, of Bath; Jacob L. Rubenstein, of Rochester. For the Eighth Judicial District: Marion H. Fisher, of Jamestown; Merton S. Gibbs, of Buffalo. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.